Ruth Kritzberg, Plaintiff-Appellee, v. Martin Kritzberg, Defendant-Appellant.

Gen. No. 51,071. 

First District, Third Division.

March 16, 1967.

Rehearing denied April 27, 1967.

 Whit-
cup & Fiala, of Chicago, for appellant; Joseph H. and Norman
Becker and Harry G. Fins, of Chicago, for appellee. Opinion by
PRESIDING JUSTICE SULLIVAN. Not to be published in full.